648

The People of the State of Illinois, defendant in error, v. Dominick Brancato, plaintiff in error. Gen. No. 34,872.

Opinion filed June 26, 1931.

Frank A. McDonnell, for plaintiff in error; S. B. McDonnell, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Andy Botyanzski and Sophia Botyanzski, appellees, v. Sovereign Camp Woodmen of the World, appellant. Gen. No. 34,935.

Opinion filed June 26, 1931.

William E. Mooney, for appellant. O. M. Wilkerson, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Frank S. Cummings, appellee, v. John H. Kinner et al., appellees. Traders Investment Company, appellant. Gen. No. 34,955.

Opinion filed June 26, 1931.

Joseph F. Grossman, for appellant. Hart, Frank & Shomberg, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Allen Kline Buckley et al., as executors of the estate of Matilda E. Kline, deceased, appellants, v. Emma A. Auer and Jacob Auer, appellees. Gen. No. 34,974.

Opinion filed June 26, 1931.

William T. Pridmore, for appellants; Leo J. Hassenauer, of counsel. J. Kentner Elliott, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Ralph H. Rollins, appellee, v. Frank Kroncke, appellant. Gen. No. 34,986.